[No. 65808-5-I.   Division One.   September 19, 2011.]

SUI K. WONG, *Appellant*, v. ANA L. MARTINEZ ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-23259-0, Carol A. Schapira, J., entered June 28, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer, C.J., and Spearman, J.

[No. 65864-6-I.   Division One.   September 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH FRANKLIN MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07196-5, Michael Heavey, J., entered August 16, 2010. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Lau and Spearman, JJ.

[No. 66036-5-I.   Division One.   September 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. I.T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-8-03126-1, LeRoy McCullough, J., entered August 31, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, A.C.J., and Becker, J.

[No. 66141-8-I.   Division One.   September 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. F.M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-8-02268-8, Anthony P. Wartnik, J. Pro Tem., entered September 24, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Ellington, JJ.